United States District Court
Southern District of Texas
**ENTERED**
August 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **Torus Ventures LLC,** | Case No. 7:25-cv-00225 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Valley Land Title Company, Ltd.,** | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.

SO ORDERED  August 4, 2025, at McAllen, Texas.

*Randy Crane*
Randy Crane
United States District Judge

1